# *EXHIBIT A*

9481

**Lease**, Made this 31st day of October, A.D. 1906, between Jackson Leeson Anglin and Lessor, Anna J. Smith & J.B. Smith, her husband

..................., parties of the first part,

and The Philadelphia Company of West Virginia, party of the second part:

**Witnesseth**, that the said parties of the first part hereby lease and let unto the said party of the second part, for the sole purpose of mining and operating for Natural Gas and Petroleum Oil, all

North by land of Matheson Anglin and others
East by land of D.B. Wright and others
South by land of Lee Ardlyffe
West by land of Matheson Ashmore
Containing Two thousand .......... acres (2,000A), more or less.

**The said Lessor** hereby granting to the said lessee the sole and exclusive right of drilling upon the said land for Natural Gas and Petroleum Oil; the right of constructing and maintaining pipe lines for the transportation of gas and oil produced on said land; the right of using water from the streams thereon for drilling and pumping engines; the right of placing and the maintaining upon the said premises the machinery, pipes and structures necessary and useful for the objects of this lease, and of removing the same during the term and within a reasonable time thereafter. **To Have and to Hold** the said land and privileges for the said purposes for and during the period of ........... years from the ...........

**And it is Agreed**, that the lessee shall pay to the lessor ...........

land which produces Natural Gas in a quantity sufficient to convey to market, a money royalty computed at the rate of Three hundred .......... Dollars ($300.00) per annum, payable quarterly .......... in advance, beginning when the well is completed, and continuing as long as the gas is piped away by the lessee. And if Petroleum Oil is found and saved, the lessee shall yield and give to the lessors, the full equal one-eighth (⅛) part or share of the same, delivered free of charge, in the pipe lines and tanks of the company transporting and storing the oil produced upon the said premises.

And further it is agreed between the parties hereto, that each and every well that may be drilled on said premises which may be productive of either Oil or Gas shall release the lessees of carrying rent on two hundred fifty (250) acres of land surrounding said well and every .......... gas .......... be productive .......... to .......... or detain on payment of all kinds or royalties due thereon and be released from the further payments of rent or royalty on the part of the said land so surrendered.

**And it is Agreed**, between the parties hereto, that .......... the lessee shall, beginning ..........

30th day of January 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessors _Grant Plumley_ of _First Plumley_ (3) _Months_ Dollars ($3.00) in advance, the sum as a carrying rent for the _three_ following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessor's up to the time of said surrender; and, upon such surrender, the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises shall become so low in pressure or production that they are not profitable for the lessee to operate then

It is further understood, that no wells shall be drilled within _fifteen_ (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe, that while gas is being produced from the said land under this lease, the lessor may have sufficient gas for fuel in the principal dwelling-house thereon, free of cost, said gas to be used at the lessor's own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee shall, when requested, upon lessee's abandonment or surrender thereof give to the lessor a proper release, duly acknowledged.

and that the covenants and agreements of this lease shall apply to and be binding upon the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

**Witness** the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

_Anna L. Smith_ [SEAL]

_T. B. Smith_ [SEAL]

The Philadelphia Company of West Virginia.

By _____ President.

Attest: _____ Secretary.

State of West Virginia, } ss.
County of _Doddridge_

I, _E. W. Summers_, a Notary Public,

Attest: _____ J. M. Blair _____ , Secretary.

State of West Virginia,
County of Doddridge, ss.

I, E. M. Summers, a Notary Public, of said County, do certify that Jackson Larson and Calvin A. Larson whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A.D. 1907.

E. M. Summers
Notary Public

State of West Virginia,
County of Harrison, ss.

I, James Bumgardner, a Notary Public of said County, do certify that Amanda A. Smith & J. B. Smith whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A.D. 1907.

James Bumgardner
Notary Public

_____
John Yates
Notary Public

MY COMMISSION EXPIRES
JULY 1, 1970 JANUARY 16, 1919.

State of West Virginia,
Doddridge County, County Clerk's Office, July 1, 1970

The foregoing writing and the annexed Certificate were this day admitted to record in this office.

Teste: U. H. Summers, Clerk.



Natural Gas and Oil Lease

THE PHILADELPHIA COMPANY
OF WEST VIRGINIA

FILED
AND ADMITTED TO RECORD.
JUL 1 1910
BOOK No. 21 PAGE 76
U. G. SUMMERS
CLERK DODDRIDGE CO. COURT.