UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
POST OFFICE BOX 791
WHEELING, WEST VIRGINIA 26003-0102

FREDERICK P. STAMP, JR.　　　　　　　　　　　　Telephone (304)233-1120
　　　District Judge　　　　　　　　　　　　　　　　　FAX (304)233-0402


January 20, 2016

**VIA EMAIL**
Marvin W. Masters, Esq.
The Masters Law Firm, LC
181 Summers Street
4th Floor, Peoples Building
Charleston, WV 25301
mwm@themasterslawfirm.com

Michael W. Carey, Esq.
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlawfirm.com

Carl L. Fletcher, Jr. Esq.
Hendrickson & Long
P.O. Box 11070
Charleston, WV 25339
cfletcher@handl.com

Christopher S. Arnold, Esq.
Hendrickson & Long, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25301
carnold@handl.com

David K. Hendrickson, Esq.
Hendrickson & Long, PLLC
P.O. Box 11070
Charleston, WV 25339
daveh@handl.com

　　　　RE:　Leggett, et al. v. EQT Production Company, et al.
　　　　　　　Civil Action No. 1:13CV4

January 20, 2016
Page 2

Dear Counsel:

    As you know, I am presently reviewing several dispositive motions in the above-captioned civil action. An important document in this civil action is the October 31, 1906 lease. A copy of that lease is attached to EQT Production Company's motion for summary judgment (ECF No. 152) as Exhibit A. Unfortunately, the copy I have been provided contains a number of dark bands across the body of each page which renders portions of that exhibit illegible.

    Similarly, another copy of that October 1906 lease is attached to plaintiffs' opposition memorandum (ECF No. 163) as Exhibit 1. Although that copy does not contain the dark bands across the pages, the print on that copy is extremely small and in particular, the handwritten portions of that lease are in part illegible.

    I am, therefore, writing to request that a party or the parties submit a legible (or at least more legible) copy of the October 31, 1906 lease. I would like to receive this copy within the next day or so if at all possible.

    As an alternative, the parties may consider preparing and submitting a joint agreed translation of the 1906 lease.

                                      Very truly yours,

                                       */s/ Frederick P. Stamp, Jr.*
                                       FREDERICK P. STAMP, JR.

FPS:mkj
cc: Cheryl Dean Riley, Clerk