HL
Hendrickson & Long PLLC
ATTORNEYS AT LAW

214 Capitol Street
Charleston, West Virginia 25301
P.O. Box 11070
Charleston, West Virginia 25339
P: 304.346.5500 F: 304.346.5515 www.handl.com

David K.Hendrickson, Esquire
(304) 346-5508 (direct)
daveh@handl.com

January 21, 2016

Hon. Frederick P. Stamp, Jr., Judge
U.S. District Court for the Northern District of West Virginia
P.O. Box 791
Wheeling, WV 26003

**Re: Leggett, et al. v. EQT Production Company, et al.**
**U.S. District Court for the Northern District of West Virginia**
**Civil Action No. 1:13-cv-4**

Dear Judge Stamp:

Pursuant to your correspondence dated January 20, 2016, seeking legible copies of the October 31, 1906, lease, enclosed please find the following:

1. A copy of the subject lease provided to the undersigned by plaintiffs' counsel;
2. A second copy of the subject lease provided to the undersigned by plaintiffs' counsel; and
3. A second copy of the subject lease obtained from EQT Production Company.

Thank you for your attention to this matter. Should you have any questions or require additional information, please do not hesitate to contact me or plaintiffs' counsel.

Very truly yours,

**HENDRICKSON & LONG PLLC**

David K. Hendrickson

David K. Hendrickson

DKH:nsh
Enclosures
cc: Marvin W. Masters, Esquire (w/enc.)
Michael W. Carey, Esquire (w/enc.)

# ***EXHIBIT 1***

Oil and Gas Lease Dated 10-31-1906 Jackson Leeson et al Filed Doddridge County 7-1-1910 Book 21 Page 76

Notation Ref: Agreement No. 4514 dated 4-24-1946 granting right to drill on lease to L. (Luther) G. Pigott et al.



9481

FORM 27 A.

No.

# Natural Gas and Oil Lease

Jackson Leeson

et al

TO

THE PHILADELPHIA COMPANY OF WEST VIRGINIA.

Date Oct 31-1906

Area 2000 A

District Southwest

County Doddridge

Annual Rental

Due SEE AGT. NO. 4514 DATED 4-24-46 GRANTING RIGHT TO DRILL ON LEASE TO E. G. Pigott et al.

Oil Royalty

Gas Royalty

Operations

Term Holbrook N. E 4 3/

4672

11/30

FILED AND ADMITTED TO RECORD. JUL 1 1910 BOOK No. 21 PAGE 76 U. G. SUMMERS CLERK DODDRIDGE CO. COURT.

Page 1

**Lease,** Made this 31st day of October A. D. 1906, between Jackson Leeson Avaline R Leeson Anna J. Smith and T. B. Smith her husband, parties of the first part, and The Philadelphia Company of West Virginia, party of the second part:

**Witnesseth,** that the said parties of the first part hereby lease and let unto the said party of the second part, for the sole and only purpose of drilling and operating for Natural Gas and Petroleum Oil, all that certain [illegible] land situate in [illegible] Doddridge County, West Virginia, and bounded as follows:

North by land of Marrison Foster [illegible] and others

East by land of D. C. Stout and others

South by land of Lee Lodge " "

West by land of Williams Adams " .

Containing Two Thousand acres (2,000 A.), more or less.

**The said Lessor** hereby granting to the said lessee the sole and exclusive right of drilling upon the said land for Natural Gas and Petroleum Oil; the right of constructing and maintaining pipe lines for the transportation of gas and oil produced on said land; the right of using water from the streams thereon for drilling and pumping engines; the right of placing and the maintaining upon the said premises the machinery, pipes and structures necessary and useful for the objects of this lease, and of removing the same during the term and within a reasonable time thereafter: **To Have and to Hold** the said land and privileges for the said purposes for and during the period of Six (6) years from the date hereof, and as much longer as Oil or Gas is produced in paying quantities ~~the rent for failure to commence operations is paid, and as long after commencement of operations as said premises are operated for the production of oil or gas.~~

**And it is Agreed,** that the lessee shall pay to the lessor for each and every well drilled upon said land which produces Natural Gas in a quantity sufficient to convey to market, a money royalty computed at the rate of Three Hundred Dollars ($300.00) per annum, payable quarterly in advance, beginning when the well is completed, and continuing as long as the gas is piped away by the lessee. And if Petroleum Oil is found and saved, the lessee shall yield and give to the lessors the full equal one-eighth (1/8) part or share of the same, delivered free of charge, in the pipe lines and tanks of the company transporting and storing the oil produced upon the said premises.

And farther it is agreed between the parties hereto, That each and every well that may be drilled on said premises which may be productive of either Oil or Gas shall release the payment of carrying rent on Two Hundred fifty (250) acres of land surrounding such well so drilled.

And farther it is understood and agreed That the Lessee [illegible] the right at any time to surrender any part or all of the said lease that it deems unprofitable to hold or operate on payment of all rents or royalties due thereon and be released from the farther payments of rent or royalty on the part of the said land so surrendered

**And it is Agreed,** between the parties hereto, that the lessee shall, beginning on the

30th day of January 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessors, quarterly in advance, the sum of Five Hundred Dollars ($500.00), as a carrying rent for the Three (3) Months following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessors up to the time of said surrender; and, upon such surrender, the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises become so low in pressure or production that it or they are not profitable for the lessee to operate, then the lessee may abandon such well or wells, and remove the rig and casing therefrom, and be released from the further payment of royalty upon the same.

**It is further understood**, that no wells shall be drilled within Fifteen (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe; that while gas is being produced from the said land under this lease, the lessor may have sufficient gas for fuel in the principal dwelling-houses thereon, not to exceed one to each 200 acres of land, free of cost, said gas to be used at the lessors own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee shall, when requested, upon lessee's abandonment or surrender thereof give to the lessors a proper release, duly acknowledged;

And it is agreed that any Rent or Royalty due or falling due under this lease shall be mailed to Jackson Leeson addressed to Summers P.O. Doddridge Co W.Va.

and that the covenants and agreements of this lease shall apply to and be binding upons the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

**Witness** the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

Signed, sealed and delivered in presence of

Jackson Leeson [SEAL]

Avlin A. Leeson [SEAL]

Anna J. Smith [SEAL]

T. B. Smith [SEAL]

**The Philadelphia Company of West Virginia.**

By J. F. [illegible] President.

Attest: W. B. Carson Secretary.

State of West Virginia,
County of Doddridge } ss.

I, E.W. Summers, a Notary Public of said County, do certify that Jackson Leason and Arlin A Leason whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A. D. 1907.

E. W. Summers
Notary Public

State of West Virginia,
County of Harrison } ss.

I, James Bumgardner, a Notary Public of said County, do certify that Amanda J. Smith & J. B. Smith whose name is signed to the writing above, bearing date the 31st day of October 1907, has this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A. D. 1907.

James Bumgardner
Notary Public

John Gales Jr
Notary Public.

*State of West Virginia.*
*Doddridge County, County Clerk's Office, July 1, 1910.*
*The foregoing writing and the annexed Certificate were this day admitted to record in this office.*

**Teste** U.G. Summers, **Clerk.**

Second hand written copy obtained from Doddridge County scanned below:

See Lease Bk 187, Pg. 589
See Lease Bk 173 Pg. 567 See Trust Deed Bk. 114 Pg. 242 277
See Lease Bk 154 Pg 475 See Lease Bk. 176, Pg. 301

76 (Lease Book 21 p. 76 & 77)

See Lease Book 55 Page 35 | See Lease Book 48, Page 307 | See Lease Book 47, Page 37

**LEASE,** Made this 31st day of October, A. D. 1906, between Jackson Lessor, Avaline A Lessor, Anna J Smith and J B Smith, her husband

, parties of the first part, and The Philadelphia Company of West Virginia, party of the second part:

WITNESSETH, that the said parties of the first part hereby lease and let, unto the said party of the second part, for the sole and only purpose of drilling and operating for Natural Gas and Petroleum Oil, all that certain tract of land situate in South West District, Doddridge County, West Virginia, and bounded as follows:

North by land of Morrison Lasking and others
East by land of D.C. Short and others
South by land of Lee Lodge " "
West by land of William Adams " "
Containing Two Thousand acres (2000 A), more or less.

THE SAID LESSOR hereby granting to the said lessee the sole and exclusive right of drilling upon the said land for Natural Gas and Petroleum Oil; the right of constructing and maintaining pipe lines for the transportation of gas and oil produced on said land; the right of using water from the streams thereon for drilling and pumping engines; the right of placing and maintaining upon the said premises the machinery, pipes and structures necessary and useful for the objects of this lease, and of removing the same during the term and within a reasonable time thereafter. To HAVE AND TO HOLD the said land and privileges for the said purposes for and during the period of Six (6) years, ~~and from year to year thereafter, if and so long as said premises shall yield gas or oil in paying quantities~~ from the date hereof and as much longer as oil or gas is produced in paying quantities.

AND IT IS AGREED, that the lessee shall pay to the lessor for each and every well drilled upon said land which produces Natural Gas, in a quantity sufficient to convey to market, a money royalty computed at the rate of Three Hundred Dollars, ($300.00) per annum, payable quarterly in advance, beginning when the well is completed, and continuing as long as the gas is piped away by the lessee. And if Petroleum Oil is found and saved, the lessee shall yield and give to the lessor the full equal one-eighth (⅛) part or share of the same, delivered, free of charge, in the pipe lines and tanks of the company transporting and storing the oil produced upon the said premises.

And further it is agreed between the parties hereto, that each and every well that may be drilled on said premises which may be productive of either oil or gas, shall release the payment of carrying rent on Two Hundred Fifty (250) acres of land surrounding such well so drilled.

And further it is understood and agreed that the lessee shall have the right at any time to surrender any part or all of the said lease that it deems unprofitable to hold or operate on payment of all rents or royalties due thereon and be released from the further payments of rents or royalty on the part of the said land so surrendered.

---

Returns to pg. 77

State of ~~West Virginia~~ Pennsylvania,
Allegheny County, to-wit:

I, John Gates, Jr, a Notary Public in and for said County of Allegheny, do certify that J. F. Guffey personally appeared before me in my said County, and being by me duly sworn, did depose and say that he is the President of the Corporation described in the writing above, bearing date on the 31st day of October, 1906, authorized by said Corporation, to execute and acknowledge deeds and other writings of said corporation, and that the seal affixed to said writing is the corporate seal of said Corporation, and that said writing was signed and sealed by him in behalf of said Corporation by its authority duly given. And the said J. F. Guffey acknowledged the said writing to be the act and deed of said Corporation.

Given under my hand this 24th day of June A.D., 1910.

(Notary Seal)

John Gates, Jr. Notary Public
My commission expires January 16, 1913

AND IT IS AGREED between the parties hereto, that the lessee shall, beginning on the 30th day of January, 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessor quarterly in advance, the sum of Five Hundred Dollars, ($500.00), as a carrying rent for the Three (3) Months following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessor up to the time of said surrender, and upon such surrender the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises become so low in pressure or production that it or they are not profitable for the lessee to operate, then the lessee may abandon such well or wells, and remove the rig and casing thereof, and be released from the further payment of royalty upon the same.

IT IS FURTHER UNDERSTOOD, that no wells shall be drilled within Fifteen (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe; that while gas is being produced from the said land under this lease, the lessor may have sufficient gas or fuel in the principal dwelling-houses thereon, not to exceed one to each 200 acres of land, free of cost, said gas to be used at lessors own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee, shall, when requested, upon lessee's abandonment or surrender thereof, give to the lessor a proper release, duly acknowledged;

And it is agreed that any rent or royalty due or falling due under this lease shall be mailed to Jackson Luzon, addressed to Summers, P.O. Doddridge Co. W. Va.

and that the covenants and agreements of this lease shall apply to, and be binding upon the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

WITNESS the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

Signed, sealed and delivered in presence of

(Corporate Seal)

Jackson Luzon [SEAL.]
Arlie A. Luzon [SEAL.]
Anna J. Smith [SEAL.]
J. B. Smith [SEAL.]

THE PHILADELPHIA COMPANY OF WEST VIRGINIA.
By J. J. Guffey President.
Attest: W. B. Carson Secretary.

STATE OF WEST VIRGINIA,
County of Doddridge } To-wit:

I, E. W. Summers, a Notary Public in and for said County and State, do certify that Jackson Luzon and Arlie A. Luzon whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3rd day of May A.D. 1907.

E. W. Summers
Notary Public

STATE OF WEST VIRGINIA,
County of Harrison } To-wit:

I, James Baumgardner a Notary Public of said ~~in and for said~~ County ~~and State~~, do certify that Amanda J. Smith & J. B. Smith whose names are signed to the writing above, bearing date the 31st day of October 1907, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3" day of May A.D. 1907

(Notary Seal)

James Baumgardner
Notary Public

STATE OF WEST VIRGINIA,
Doddridge County, County Clerk's Office, July 1st, 1910

The foregoing writing and the annexed Certificate were this day admitted to record in this office.

Teste: U. G. Summers Clerk.

# *EXHIBIT 2*

Oil and Gas Lease Dated 10-31-1906 Jackson Leeson et al Filed Doddridge County 7-1-1910 Book 21 Page 76
Notation Ref: Agreement No. 4514 dated 4-24-1946 granting right to drill on lease to L. (Luther) G. Pigott et al.

9181

No. ..........

# Natural Gas and Oil Lease.

Jackson Leeson

et al

TO

THE PHILADELPHIA COMPANY
OF WEST VIRGINIA.

Date Oct 31-1906

Area 7000 A

District South West

County Doddridge

Annual Rental

SEE AGT. NO. 4514 DATED 4-24-4[illegible]
GRANTING RIGHT TO DRILL ON LEASE
TO E. D. Pigott et al.

Oil Royalty

Gas Royalty

Operations

Term Holbrook N. E #3

467

1/30

FILED
AND ADMITTED TO RECORD.
JUL 1 1910
BOOK No. 21 PAGE 76
U. G. SUMMERS
CLERK DODDRIDGE CO. COURT.

Page 1

**Lease,** Made this 31st day of October A. D. 1906, between Jackson Leeson Avaline A Leeson Anna J. Smith and T. B. Smith her husband

parties of the first part, and The Philadelphia Company of West Virginia, party of the second part:

**Witnesseth,** that the said parties of the first part hereby lease and let unto the said party of the second part, for the sole and only purpose of drilling and operating for Natural Gas and Petroleum Oil, all that certain [illegible] Doddridge County, West Virginia, and bounded as follows:

North by land of Marrison [illegible] and others

East by land of [illegible] Stout and others

South by land of Lee Lodge " "

West by land of Williams Adams "

Containing Two Thousand acres (2000 A.), more or less.

**The said Lessor** hereby granting to the said lessee the sole and exclusive right of drilling upon the said land for Natural Gas and Petroleum Oil; the right of constructing and maintaining pipe lines for the transportation of gas and oil produced on said land; the right of using water from the streams thereon for drilling and pumping engines; the right of placing and the maintaining upon the said premises the machinery, pipes and structures necessary and useful for the objects of this lease, and of removing the same during the term and within a reasonable time thereafter. **To Have and to Hold** the said land and privileges for the said purposes for and during the period of Six (6) years from the date hereof, and as much longer as ~~the rent for failure to commence operations is paid and as long after commencement of operations as said premises are operated for the production of~~ [illegible] Oil or Gas is produced in paying quantities

**And it is Agreed,** that the lessee shall pay to the lessor for each and every well drilled upon said land which produces Natural Gas in a quantity sufficient to convey to market, a money royalty computed at the rate of Three Hundred Dollars ($300.00) per annum, payable quarterly in advance, beginning when the well is completed, and continuing as long as the gas is piped away by the lessee. And if Petroleum Oil is found and saved, the lessee shall yield and give to the lessors, the full equal one-eighth (⅛) part or share of the same, delivered free of charge, in the pipe lines and tanks of the company transporting and storing the oil produced upon the said premises.

And farther it is agreed between the parties hereto, That each and every well that may be drilled on said premises which may be productive of either Oil or Gas shall release the payment of carrying rent on Two Hundred fifty (250) acres of land surrounding such well so drilled.

And further it is understood and agreed that the [illegible] the right at any time to surrender any part or all of the said lease that it deems unprofitable to hold or operate on payment of all rents or royalties due thereon and be released from the farther payments of rent or royalty on the part of the said land so surrendered

**And it is Agreed,** between the parties hereto, that the lessee shall, beginning on the

Page 2

30th day of January 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessors Quarterly in advance, the sum of Five Hundred Dollars ($500.00), as a carrying rent for the Three (3) Months following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessors up to the time of said surrender; and, upon such surrender, the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises become so low in pressure or production that it or they are not profitable for the lessee to operate, then the lessee may abandon such well or wells and remove the rig and casing therefrom and be released from the further payment of royalty upon the same.

**It is further understood,** that no wells shall be drilled within Fifteen (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe; that while gas is being produced from the said land under this lease, the lessor may have sufficient gas for fuel in the principal dwelling-houses thereon, not to exceed one to each 200 acres of land free of cost, said gas to be used at the lessors own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee shall, when requested, upon lessee's abandonment or surrender thereof give to the lessors a proper release, duly acknowledged;

And it is agreed that any Rent or Royalty due or falling due under this lease that the money to Jackson Gibson addressed to Summers P.O. Doddridge Co W. Va.

and that the covenants and agreements of this lease shall apply to and be binding upon the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

**Witness** the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

Signed, sealed and delivered in presence of

Jackson Gibson [SEAL]

Avlin A Gibson [SEAL]

Anna J Smith [SEAL]

T. B. Smith [SEAL]

**The Philadelphia Company of West Virginia.**

By J. F. [illegible] President

Attest: G. B. Caran Secretary.

State of West Virginia,
County of Doddridge } ss.

I, E.W. Summers, a Notary Public of said County, do certify that Jackson Lemon & Arlina A. Lemon whose name are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A. D. 1907.

E. W. Summers
Notary Public

State of West Virginia,
County of Harrison } ss.

I, James Bumgardner, a Notary Public of said County, do certify that Amanda J. Smith & J. B. Smith whose name is signed to the writing above, bearing date the 31st day of October 1907, has this day acknowledged the same before me in my said County.

Given under my hand this 3rd day of May, A. D. 1907.

James Bumgardner
Notary Public

John Gales
Notary Public.

State of West Virginia.
Doddridge County, County Clerk's Office, July 1, 1910.
The foregoing writing and the annexed Certificate were this day admitted to record in this office.

Teste U.G. Summers, Clerk.

Second hand written copy obtained from Doddridge County scanned below:

AND IT IS AGREED between the parties hereto, that the lessee shall, beginning on the 30th day of January, 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessor quarterly in advance, the sum of Five Hundred Dollars, ($500.00), as a carrying rent for the Three (3) Months following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessor up to the time of said surrender, and upon such surrender the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises become so low in pressure or production that it or they are not profitable for the lessee to operate, then the lessee may abandon such well or wells, and remove the rig and casing thereof, and be released from the further payment of royalty upon the same.

IT IS FURTHER UNDERSTOOD, that no wells shall be drilled within Fifteen (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe; that while gas is being produced from the said land under this lease, the lessor may have sufficient gas or fuel in the principal dwelling-house thereon, not to exceed one to each 200 acres of land, free of cost, said gas to be used at lessors own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee, shall, when requested, upon lessee's abandonment or surrender thereof, give to the lessor a proper release, duly acknowledged;

And it is agreed that any rent or royalty due or falling due under this lease shall be mailed to Jackson Luzan, addressed to Summers P.O. Doddridge Co. W.Va.

and that the covenants and agreements of this lease shall apply to, and be binding upon the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

WITNESS the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

Signed, sealed and delivered in presence of

(Corporate Seal)

Jackson Luzan [SEAL]
Arlie A. Luzan [SEAL]
Anna J Smith [SEAL]
J. B. Smith [SEAL]

THE PHILADELPHIA COMPANY OF WEST VIRGINIA.

By J. J. Griffey, President.

Attest: W. B. Carson, Secretary.

STATE OF WEST VIRGINIA,
County of Doddridge, To-wit:

I, E. W. Summers, a Notary Public in and for said County and State, do certify that Jackson Luzan and Arlie Luzan whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3rd day of May A.D. 1907.

E. W. Summers
Notary Public

STATE OF WEST VIRGINIA,
County of Harrison, To-wit:

I, Jennie Baumgardner, a Notary Public of said County, do certify that Amanda J. Smith & J. B. Smith whose name are signed to the writing above, bearing date the 31st day of October 1907, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3 day of May A.D. 1907.

Jennie Baumgardner
Notary Public

(Notary Seal)

STATE OF WEST VIRGINIA,

Doddridge County, County Clerk's Office, July 1st, 1910

The foregoing writing and the annexed Certificate were this day admitted to record in this office.

Teste: W. G. Summers, Clerk.

# *EXHIBIT 3*

See Lease Bk 187 Pg 589 — See Trust Deed Bk. 114 Pg. 240277
Assignment — See Lease Bk 173 Pg 567
See Lease Bk. 154 Pg 475 — See Lease Bk. 176 Pg 301 → Conveyee

See Lease Book 55 Page 35 — See Lease Book 48, Page 307 → Royalty Reduction
See Lease Book 47, Page 39

**LEASE,** Made this 31st day of October, A. D. 1906, between Jackson Lease, Amelia Lease, Laura C. Smith and T. B. Smith, her husband

, parties of the first part,

and The Philadelphia Company of West Virginia, party of the second part:

WITNESSETH, that the said parties of the first part hereby lease and let unto the said party of the second part, for the sole and only purpose of drilling and operating for Natural Gas and Petroleum Oil, all that certain tract of land situate in South West District, Doddridge County, West Virginia, and bounded as follows:

North by land of Morrison Hastings and others
East by land of D. C. Stout and others
South by land of Lee Ledge " "
West by land of William Adams, "
Containing Two Thousand acres (2000 A), more or less.

THE SAID LESSOR hereby granting to the said lessee the sole and exclusive right of drilling upon the said land for Natural Gas and Petroleum Oil; the right of constructing and maintaining pipe lines for the transportation of gas and oil produced on said land; the right of using water from the streams thereon for drilling and pumping engines; the right of placing and maintaining upon the said premises the machinery, pipes and structures necessary and useful for the objects of this lease, and of removing the same during the term and within a reasonable time thereafter; To HAVE AND TO HOLD the said land and privileges for the said purposes for and during the period of Six (6) years, ~~and from year to year thereafter, if and so long as said premises shall yield gas or oil in paying quantities.~~ [interlined: or the lessee ... so long as ... gas ... in paying quantities]

AND IT IS AGREED, that the lessee shall pay to the lessor for each and every well drilled upon said land which produces Natural Gas, in a quantity sufficient to convey to market, a money royalty computed at the rate of Three Hundred Dollars, ($300.00) per annum, payable quarterly in advance, beginning when the well is completed, and continuing as long as the gas is piped away by the lessee. And if Petroleum Oil is found and saved, the lessee shall yield and give to the lessor the full equal one-eighth (⅛) part or share of the same, delivered, free of charge, in the pipe lines and tanks of the company transporting and storing the oil produced upon the said premises.

And further it is agreed between the parties hereto, that each and every well that may be drilled on said premises which may be productive of either oil or gas, shall release the payment of carrying rent on One Hundred Fifty (150) acres of land surrounding such well so drilled.

And further it is understood and agreed that the lessee shall have the right at any time to surrender any part or all of the said lease that it deems unprofitable to hold or operate on payment of all rents or royalties due thereon and be released from the further payments of rents or royalty on the part of the said land so surrendered.

Returns to pg. 77

State of ~~West Virginia~~ Pennsylvania,
Allegheny County, to-wit:

I, John Gates, Jr., a Notary Public in and for said County of Allegheny, do certify that J. T. Guffey personally appeared before me in my said County, and being by me duly sworn, did depose and say that he is the President of the Corporation described in the writing above, bearing date as the 31st day of October, 1906, authorized by said Corporation, to execute and acknowledge deeds and other writings of said corporation, and that the seal affixed to said writing is the corporate seal of said Corporation, and that said writing was signed and sealed by him on behalf of said Corporation by its authority duly given. And the said J. T. Guffey acknowledged the said writing to be the act and deed of said Corporation.

Given under my hand this 24th day of June A.D. 1910.

(Notary Seal) John Gates, Jr. Notary Public

My commission expires January 14, 1913

AND IT IS AGREED between the parties hereto, t the lessee shall, beginning on the 30th day of January, 1907, and continuing until a well is completed, or this lease is abandoned and surrendered, pay to the lessor quarterly in advance, the sum of Five Hundred Dollars, ($500.00), as a carrying rent for the Three (3) Months following the date of such payment; that the lessee may surrender this lease at any time that it deems it unprofitable to hold or to operate; provided, however, that all rents and royalties due upon the same shall have been paid to the lessor up to the time of said surrender, and upon such surrender the lessee shall be relieved from the further payment of rents or royalties, or the fulfillment of any other of the covenants under this lease; and that if, at any time, any well or wells drilled upon said premises become so low in pressure or production that it or they are not profitable for the lessee to operate, then the lessee may abandon such well or wells, and remove the rig and casing thereof, and be released from the further payment of royalty upon the same.

IT IS FURTHER UNDERSTOOD, that no wells shall be drilled within Fifteen (15) perches of the principal buildings upon said land; that all pipe lines laid, except those used to conduct gas and water to drilling engines, shall be buried two (2) feet underground; that the lessee shall pay for all injury done to growing crops and fences in laying down lines of pipe; that while gas is being produced from the said land under this lease, the lessor may have sufficient gas or fuel in the principal dwelling-house thereon, not to exceed one to each 200 acres of land, free of cost, said gas to be used at lessors own risk, and lessee not to be in any way liable for insufficient supply of gas, caused by the use of pumping stations, breakage of lines or other causes; that any carrying rent paid for time beyond the date of completion of a gas well shall be credited upon the first royalty due upon the same; that if this lease is placed upon record, the lessee, shall, when requested, upon lessee's abandonment or surrender thereof, give to the lessor a proper release, duly acknowledged;

And it is agreed that any rent or royalty due or falling due under this lease shall be mailed to Jackson Luzon, addressed to Summers P.O. Doddridge Co. W. Va.

and that the covenants and agreements of this lease shall apply to, and be binding upon the heirs, executors, administrators, successors and assigns of the lessor and lessee respectively.

WITNESS the hand and seal of the parties of the first part hereto, and the hand of the President and the corporate seal of the party of the second part, duly attested, dated the day and year first above written.

Signed, sealed and delivered in presence of

(Corporate Seal)

Jackson Luzon [SEAL]
Arlie A. Luzon [SEAL]
Anna J. Smith [SEAL]
T. B. Smith [SEAL]

THE PHILADELPHIA COMPANY OF WEST VIRGINIA.
By J. J. Duffey, President.
Attest: W. B. Carson, Secretary.

STATE OF WEST VIRGINIA, County of Doddridge, To-wit:

I, E. N. Summers, a Notary Public in and for said County ~~and State~~, do certify that Jackson Luzon and Arlie A. Luzon whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3rd day of May A.D. 1907.

E. N. Summers
Notary Public

STATE OF WEST VIRGINIA, County of Kanawha, To-wit:

I, James Baumgardner, a Notary Public of said ~~County aforesaid~~ County ~~and State~~, do certify that Amanda J. Smith & T. B. Smith whose names are signed to the writing above, bearing date the 31st day of October 1906, have this day acknowledged the same before me, in my said County.

GIVEN under my hand this 3rd day of May A.D. 1907.

James Baumgardner
Notary Public

(Notary Seal)

STATE OF WEST VIRGINIA, Doddridge County, County Clerk's Office, July 1st 1910

The foregoing writing and the annexed Certificate were this day admitted to record in this office.

Teste: U. G. Summers, Clerk.