IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

PATRICK D. LEGGETT;
KATHERINE F. LEGGETT;
GEORGE D. MCKAIN, by his
attorney in fact, ANITA
KATHRYN MCKAIN GREER;
and ADELE S. MCDOUGAL,

          Plaintiffs,

v.                                                                                       Civil Action No. 1:13-cv-0004 FPS
                                                                                      Honorable Frederick P. Stamp, Jr.

EQT PRODUCTION COMPANY,
a Pennsylvania corporation; ET AL.,

          Defendants.

## PLAINTIFFS' PROPOSED FACTS, CERTIFIED QUESTIONS AND RECORD

Now comes plaintiffs and file herewith their "portion of record to be submitted," "proposed certified questions" and "proposed facts." The parties have not been able to agree to all issues.

1.     Does the *Tawney* decision have any effect upon the Court's decision as to whether a lessee of a flat-rate lease, converted pursuant to *W. Va. Code, Ch. 22, Art. 6, Sect. 8*, may take post production expenses from his lessor's royalty, particularly with respect to language in the statute providing for "1/8 at the wellhead" found in W.Va. Code §22-6-8(e)?

2.     Does *W. Va. Code,* §22-6-8 prohibit flat-rate royalties only for wells drilled or reworked after the statute's enactment and modify only royalties paid on a per-well basis where permits for new wells or to modify existing wells are sought, or do the provisions of *W. Va. Code*, §22-6-8 abrogate flat-rate leases in their entirety?

## PLAINTIFFS' PROPOSED FACTS AND RECORD

1. Plaintiffs Patrick D. Leggett; Katherine F. Leggett; George D. McKain, by his attorney in fact, Anita Kathryn McKain Greer; and Adele S. McDougal are all owners of undivided interests in certain oil and natural gas mineral interests which are described in that certain lease dated October 31, 1906, and recorded in the Office of the Clerk of the County Commission of Doddridge County, West Virginia at Deed Book 21, Page 76.  This lease is known as the Jackson Leeson Lease (the "Lease").

2. Plaintiffs Patrick Leggett and Katherine Leggett are the owners of a 12.5% undivided interest in the oil and gas on the Lease.

3. Plaintiff Anita Kathryn McKain Greer is the duly appointed attorney in fact for Plaintiff George D. McKain, who owns a 12.5% undivided interest in the oil and gas on the Lease.

4. Plaintiff Adele S. McDougal, owns a 50% undivided interest in the oil and gas on the Lease.

5. The owners of the remaining 25% interest in the oil and gas on the Lease are not parties to this action.

6. EQT Production Company is the successor-in-interest to The Philadelphia Company of West Virginia and the current lessee of the Lease, with the exclusive right to produce, market, and sell oil and natural gas from the Lease premises.

7. The Lease provides for the payment of a "flat-rate" royalty of $300/annum for natural gas wells drilled upon the leased premises.

8. On March 13, 1982, West Virginia Code §22-6-8, referred to as the Flat-Rate Statute, was enacted, and became effective 90 days thereafter.

9. There are nine wells on the Lease. Some of these wells are subject to the provisions of W. Va. Code §22-6-8, requiring EQT Production Company, as lessee, to pay royalties to Plaintiffs for those wells in accordance with the Statute's terms.

10. EQT Production has paid a flat-rate royalty to Plaintiffs for wells on the Lease premises where no permit was issued.

11. EQT Production Company pays royalties to Plaintiffs based on a 1/8 royalty basis less certain post-production expenses for wells on the Lease that are subject to the Flat-Rate Statute.

Further, as directed by the Court's Order entered on January 22, 2016, the parties hereby agree that the following portions of the record should be included with a Certification Order:

1. Amended Complaint (ECF 52);

2. EQT Production Company's Partial Answer and Affirmative and Other Defenses to Plaintiffs' Amended Complaint (ECF 67);

3. Motion for Summary Judgment of EQT Production Company, with exhibits (ECF 152);

4. Memorandum in Support of EQT Production Company's Motion for Summary Judgment (ECF 153);

5. Plaintiffs' Response in Opposition to Motion for Summary Judgment of Defendant EQT Production Company, with exhibits (ECF 162);

6. EQT Production Company's Reply to Plaintiffs' Response in Opposition to Motion For Summary Judgment (ECF 164);

7. Correspondence to the Court forwarding a legible copy of the Lease (ECF 167); and,

8.      Memorandum Opinion and Order Granting in Part Defendant EQT Production Company's Motion for Summary Judgment, Granting Remaining Defendants' Motion for Summary Judgment, and Deferring a Ruling as to the Breach of Contract Claim Against Defendant EQT Production Company (ECF 174).

>                                THE KAY COMPANY, LLC,
>                                H. DOTSON CATHER, Trustee
>                                of Diana Goff Cather Trusts,
>                                and JAMES E. HAMRIC III,
>                                and all other persons and
>                                entities similarly situated,
>
>                                By Counsel

/s/ Marvin W.  Masters_____
West Virginia State Bar No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301
304-342-3106

Michael W. Carey
West Virginia State Bar No. 635
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street East, Suite 901
Charleston, West Virginia  25301
304-345-1234

Counsel for Plaintiffs
F:\5\864\P006.docx

## **CERTIFICATE OF SERVICE**

  I, Marvin W. Masters, hereby certify that on February 4 2016, I electronically filed "Plaintiffs' Proposed Record and Certified Questions" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

  David K. Hendrickson
  Carl L. Fletcher, Jr.
  Hendrickson & Long PLLC
  214 Capitol Street
  Post Office Box 11070
  Charleston, West Virginia  25339
  daveh@handl.com
  cfletcher@handl.com
  Counsel for Defendants

  Michael W. Carey
  Carey, Scott, Douglas & Kessler, PLLC
  707 Virginia Street East, Suite 901
  Charleston, West Virginia  25301
  mwcarey@csdlawfirm.com
  Counsel for James E. Hamrick, III

  Thomas W. Pettit
  Thomas W. Pettit, L.C.
  945 Main Street
  Post Office Box 189
  Barboursville, West Virginia  25504
  twpettit@comcast.net
  Co-Counsel for H. Dotson Cather

            /s/ Marvin W. Masters
            West Virginia State Bar No. 2359
            The Masters Law Firm lc
            181 Summers Street
            Charleston, West Virginia  25301
            304-342-3106
            mwm@themasterslawfirm.com