```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

PATRICK D. LEGGETT,
KATHERINE F. LEGGETT,
GEORGE D. McKAIN,
by his attorney in fact,
ANITA KATHRYN McKAIN GREER,
and ADELE S. McDOUGAL,

    Plaintiffs,

v.                            Civil Action No. 1:13CV4
                                      (STAMP)

EQT PRODUCTION COMPANY,
a Pennsylvania corporation,
EQT CORPORATION,
a Pennsylvania corporation,
EQT ENERGY, LLC,
a Delaware limited liability company,
EQT INVESTMENTS HOLDINGS, LLC,
a Delaware limited liability company,
EQT GATHERING, LLC,
a Delaware limited liability company
and EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

    Defendants.

## **ORDER APPROVING JOINT STIPULATION**

    On February 8, 2018, the parties, by counsel, filed a stipulation agreeing that the defendants' interrogatories, requests for documents, and requests for admissions, which were served upon the plaintiffs on January 10, 2018, and are due to be responded to on February 9, 2018, will by agreement now be due on or before March 12, 2018.  ECF No. 230.  The Court notes that this extension will not affect the deadline for completion of discovery or the briefing schedule for dispositive motions set forth in this Court's Order Granting Motion to Extend Discovery Completion Deadline (ECF

No. 222). The parties' stipulation (ECF No. 230) is hereby APPROVED.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: February 9, 2018

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE