IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

KATHERINE F. LEGGETT, individually
and as Executrix of the Estate of Patrick
D. Leggett; GEORGE D. MCKAIN, by his
attorney in fact, ANITA
KATHRYN MCKAIN GREER;
and ADELE S. MCDOUGAL,

        Plaintiffs,

v.           Civil Action No. 1:13-cv-0004 FPS
        Honorable Frederick P. Stamp, Jr.

EQT PRODUCTION COMPANY,
a Pennsylvania corporation;
EQT CORPORATION,
a Pennsylvania corporation;
EQT ENERGY, LLC, a
Delaware limited liability company;
EQT INVESTMENTS HOLDINGS, LLC, a
Delaware limited liability company;
EQT GATHERING, LLC, a
Delaware limited liability company; and
EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

        Defendants.

## JOINT STATUS REPORT REGARDING
## PLAINTIFFS' MOTION TO COMPEL (DOC. ID. 224)

The parties to this action ("Parties"), by their respective counsel, hereby report the following to the Court:

1.    On January 3, 2018, the parties filed a "Stipulation Regarding Plaintiffs' Motion to Compel (ECF 224)." (Doc. Id. 227.)

2.    That stipulation concerned plaintiffs' motion to compel the production of documents ("Motion").

3. In Paragraph 5 of the stipulation, the Parties agreed to file a status report with the Court regarding the discovery at issue and the Motion.

4. Discovery of defendants in the *Leggett* case, by agreement of the parties, was consolidated with discovery in *The Kay Company v. EQT Production Company*, Civil Action No. 1:13-cv-151.

5. Due to the decision of the West Virginia Supreme Court in the *Leggett* case, damages in the *Leggett,* along with the *Kay,* case requires an assessment of what are reasonable and actual costs which involved accounting multiple documents from various subsidiaries and the parent, EQT Corporation, since multiple parties have costs and expenses which are billed to the cost of service for deductions.

6. Plaintiffs have requested the background documents involving the accounting and deductions taken by EQT, which applies to the reasonableness of said deductions which are at issue in the *Leggett* case.

7. Defendants, recently on January 23, 2018, filed responses to plaintiffs' motion, wherein they claimed they had fully responded to the discovery. However, plaintiffs contend that they had not fully complied, but after meeting and conferring, the parties agreed that defendants would provide plaintiffs with documents, regardless of application of the motion. See Joint Stipulation filed in the *The Kay Company v. EQT Production Company* case. (Doc. Id. 503.)

8. The parties agree and stipulate, however, that given the defendants' agreements to continue to produce discoverable documents in a timely manner, that a hearing is not necessary at this time.

Based on the foregoing, parties are in agreement that no further action on plaintiffs' motion needs be taken at this time.

| | |
|---|---|
| KATHERINE F. LEGGETT, Individually and as Executrix of the Estate of Patrick D. Leggett; GEORGE D. MCKAIN, by his attorney in fact, ANITA KATHRYN MCKAIN GREER; And ADELE S. MCDOUGAL, | EQT PRODUCTION COMPANY; EQT CORPORATION; EQT ENERGY, LLC; EQT INVESTMENTS HOLDINGS, LLC; EQT GATHERING, LLC; and EQT MIDSTREAM PARTNERS, LP, |
| By Counsel | By Counsel |

*/s/ Marvin W. Masters*
Marvin W. Masters, Esquire (#2359)
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia  25301

Michael W. Carey, Esquire (#635)
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street, East, Suite 901
Charleston, West Virginia  25301
Counsel for Plaintiffs

*/s/ David K. Hendrickson*
David K. Hendrickson, Esquire (#1678)
Carl L. Fletcher, Esquire (#1225)
Hendrickson & Long, P.L.L.C.
214 Capitol Street (zip 25301)
Post Office Box 11070
Charleston, West Virginia  25339
Counsel for Defendants

F:\5\864\p010.docx

## **CERTIFICATE OF SERVICE**

  I, Marvin W. Masters, hereby certify that on March 23, 2018, I electronically filed "Joint Status Report Regarding Plaintiffs' Motion to Compel (Doc. Id. 224)" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

  David K. Hendrickson
  Carl L. Fletcher, Jr.
  Hendrickson & Long PLLC
  214 Capitol Street
  Post Office Box 11070
  Charleston, West Virginia  25339
  daveh@handl.com
  cfletcher@handl.com
  Counsel for Defendants

           /s/ *Marvin W. Masters*
           West Virginia State Bar No. 2359
           The Masters Law Firm lc
           181 Summers Street
           Charleston, West Virginia  25301
           304-342-3106
           mwm@themasterslawfirm.com