**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**PATRICK LEGGETT, et al.,**

**Plaintiffs,**

**v.** **No 1:13-CV-4**

**EQT PRODUCTION COMPANY,**
**et al.,**

**Defendants.**

**ORDER RE; OPPORTUNITY TO BE HEARD**

The Court set an opportunity for Defendants, their CEO's, their lawyers and their lawyers' law firms to be heard on the issues of reasonable expenses and sanctions relative to the proceedings surrounding EQT's Motion for Protective Order [ECF 244] for August 22, 2018 at 10:00 a.m.

The Court has since vacated that Order.

On August 15, 2018, David K. Hendrickson, Esq., one of the counsel for the Defendants, advised the Court some of the Defendants, their CEO's, their lawyers, and their law firms may not want to appear in person and may prefer to submit their opportunity to be heard in writing. Accordingly, Mr. Hendrickson requested that the responses to the opportunity to be heard be permitted to be in writing and that Defendants be relieved of submitting three dates for an in person opportunity to be heard hearing.

The Court vacates the requirement that the parties be required to submit three dates for a continued opportunity to be heard hearing.

Defendants, their CEO's, their lawyers and their lawyers' law firms may be heard by filing written memorandums by August 23, 2018.

The Court HEREBY SCHEDULES an opportunity to be heard in person for any Defendant, CEO, lawyer of record or their lawyer's law firms for 10:00 a.m. on August 24, 2018. No one need appear at that time. The Court simply wishes for anyone who prefers to appear in person as opposed to submitting a written memorandum have that opportunity.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record.

**IT IS SO ORDERED**

Dated: August 20, 2018

s/ JAMES E. SEIBERT
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE