```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

KATHERINE F. LEGGETT,
individually and as Executrix of
the Estate of Patrick D. Leggett,
GEORGE D. McKAIN,
by his attorney in fact,
ANITA KATHRYN McKAIN GREER
and ADELE S. McDOUGAL,

      Plaintiffs,

v.                                        Civil Action No. 1:13CV4
                                                                              (STAMP)

EQT PRODUCTION COMPANY,
a Pennsylvania corporation,
EQT CORPORATION,
a Pennsylvania corporation,
EQT ENERGY, LLC,
a Delaware limited liability company,
EQT INVESTMENTS HOLDINGS, LLC,
a Delaware limited liability company,
EQT GATHERING, LLC,
a Delaware limited liability company
and EQT MIDSTREAM PARTNERS, LP,
a Delaware limited partnership,

      Defendants.

### ORDER APPROVING STIPULATION TO SUBMIT ERRATA SHEETS

On October 24, 2018, counsel for the plaintiffs and counsel for the defendants filed a stipulation agreeing "that [d]efendants shall have until November 5, 2018 to submit errata sheets for the depositions of David Porges and Steven Schlotterbeck." ECF No. 283. The parties' stipulation (ECF No. 283) is hereby APPROVED.

Accordingly, it is ORDERED that the defendants shall file their errata sheets for the depositions of David Porges and Steven Schlotterbeck on or before **November 5, 2018**.

    IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: October 24, 2018

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE